No. 1138.—M. FRIEDMANN & Co. v. E. M. HOUGHTON and G. INGRAM.

In a suit on a promissory note which expresses on its face " for value received " the burden of showing want or failure of consideration falls on the defendant.

Damages will be adjudged against the appellant for frivolous appeal when the record shows no grounds for a reversal of the judgment and it is manifest the appeal was taken for delay.

APPEAL from the Fifth District Court of New Orleans.  *Leaumont*, J. T. A. *Bartlette*, for appellants, J. M. *Dirrhammer*, for appellees.

TALIAFERRO, J.   The plaintiffs sue on a promissory note for the sum of $1635, with legal interest from the fourteenth June, 1866.   The note was drawn by Houghton to the order of Ingraham and by him indorsed, and expresses on its face that it was for value received.   The defense is want of consideration.   Judgment was rendered *in solido* against the defendants as prayed for, and they have appealed.

There is no error in the judgment.   It was for defendants to show want of consideration.   This they have not offered to do, no evidence whatever having been introduced by them.   1 An. 325.

It is therefore ordered, adjudged and decreed that the judgment of the lower court be affirmed with costs.   It is further ordered that the plaintiff recover from the defendants ten per cent. on the amount of the judgment as damages for a frivolous appeal.

Rehearing refused.